**FILED**
April 6, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     SAJ
                Deputy Clerk

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

Case No: **SA-22-CR-00169-JKP(1)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v<br><br>**COLEMAN THOMAS BLEVINS**<br><br>Defendant | |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America and respectfully represents that the above case is set for a court proceeding on _____ 2022; that the Defendant, **COLEMAN THOMAS BLEVINS,** is incarcerated and is now in the custody of the Sheriff, Kerr County Jail, Kerrville, Texas.

WHEREFORE, the government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Sheriff, Kerr County Jail, Kerrville, Texas, commanding him to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant before this Court in San

Antonio, Texas, on _____2022, at _____a.m./p.m. for the purpose of said proceeding, and any further proceedings to be had in this cause.

                Respectfully submitted,

                ASHLEY C. HOFF
                United States Attorney

By:   _____/s/_____
        ERIC FUCHS
        Assistant United States Attorney
        Texas Bar No: 24059785
        601 NW Loop 410, Suite 600
        San Antonio, Texas 78216-5512
        Phone: (210) 384-7100
        Email: EFUCHS1@USA.DOJ